**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDWIN ENCARNACION ALAMO,

        Petitioner,

v.                                    Case No:   6:25-cv-2516-JSS-LHP

POPULAR SECURITIES, LLC,

        Respondent

**ORDER**

Before the Court is *pro se* Petitioner's Motion for Service by United States Marshals Service.   Doc. No. 4.   On review, the motion (Doc. No. 4) is **DENIED without prejudice**.

First, the motion fails to comply with Local Rule 3.01(b) because it does not include a memorandum of legal authority in support.   *Id.*   Second, to the extent that Plaintiff is requesting service by the United States Marshal pursuant to Federal Rule of Civil Procedure 4(c)(3), Plaintiff has not established such process is necessary.   *See generally Prosperous v. Todd*, No. 8:17-cv-996-T-33MAP, 2017 WL 2291367, at *1 (M.D. Fla. May 25, 2017) ("[A] plaintiff requesting appointment of the United States Marshal in order to comply with the service requirements of Rule 4

must provide a factual basis for why a court order is necessary to accomplish service."). *See also Nappi v. Welcom Prod., Inc.*, No. 8:13-cv-3183-T-33TGW, 2014 WL 2050826, at \*2 (M.D. Fla. May 19, 2014) (denying motion for service by the United States Marshal where the plaintiff was not authorized to proceed *in forma pauperis*, and there was no indication that appointing the United States Marshal under Rule 4(c)(3) would result in a different outcome than utilizing a private process server).

Any renewed request for service by the United States Marshal must include a memorandum of legal authority as required by Local Rule 3.01(b) and demonstrate entitlement to the relief sought. Plaintiff is cautioned that although he proceeds *pro se*, all filings in this matter must comply with the Local Rules of this Court, Court Orders, and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 836 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989); Doc. No. 2.

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties